IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 26-CV-129

DR. RAMESH K. SUNAR,

    Plaintiff,

v.

GRAY TELEVISION INC. and
GRAY LOCAL MEDIA, INC., d/b/a WBTV,

    Defendants.

## DEFENDANTS' NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendants Gray Media, Inc., improperly named as Gray Television Inc.,[1] and Gray Local Media, Inc. d/b/a WBTV (together "Defendants") hereby remove to this Court the action filed in Mecklenburg County Superior Court described below.

In support of this Notice of Removal, Defendants state as follows:

### THE STATE COURT ACTION

1. On December 17, 2025, Plaintiff Dr. Ramesh K. Sunar ("Plaintiff") commenced an action in Mecklenburg County Superior Court ("the State Court"), Case No. 25CV067844-590, by filing his six-count Complaint seeking $65 million in damages and alleging claims for defamation per se, violation of North Carolina expungement rights, false light invasion of privacy, intentional infliction of emotional distress, negligent infliction of emotional distress, and tortious interference with business relations.

---

[1] Gray Television, Inc. changed its name to Gray Media, Inc. on January 1, 2025.

2. Plaintiff seeks damages in the form of compensatory damages, punitive damages, injunctive relief, and interest, costs, and fees.

3. Plaintiff served the Summons and Complaint on Defendants on January 20, 2026. True and correct copies of the Summons and Complaint are attached hereto, pursuant to 28 U.S.C. § 1446(a), as Exhibit A.[2]

4. No proceedings have been held in this case beyond the filing of the Complaint.

## BASIS FOR REMOVAL

5. This Court has jurisdiction over the instant action pursuant to 28 U.S.C. § 1332(a) because: (i) this action is a civil action pending within the jurisdiction and territory of the United States District Court for the Western District of North Carolina; (ii) the action is between citizens of different states; (iii) the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs; and (iv) all procedural requirements for removal are met.

6. **Citizenship of the Parties.** There is complete diversity between and among the parties. Plaintiff represents that he is a citizen of North Carolina. *See* Exhibit A ¶ 8. For the purposes of determining citizenship, "a corporation is considered to be a citizen of (1) the state of its incorporation and (2) the state 'where it has its principal place of business.'" *Athena Auto., Inc. v. DiGregorio*, 166 F.3d 288, 289 (4th Cir. 1999) (citing 28 U.S.C. § 1332(c)(1)). Defendant Gray Local Media, Inc. is a citizen of Delaware and Georgia, as it is incorporated under the laws of Delaware and its principal place of business is Atlanta, Georgia. Defendant Gray Media, Inc., is a citizen of Georgia, as it is incorporated under the laws of Georgia and its principal place of business is Atlanta, Georgia.

---

[2] Plaintiff also completed service on January 29, 2026 and February 4, 2026.

7. **Amount in Controversy.** Plaintiff's Complaint seeks to recover sixty-five million dollars ($65,000,000) in damages, *see* Ex. A at 42, exceeding the $75,000 amount in controversy requirement of 28 U.S.C. § 1332(a).

8. **Venue.** This Court is the proper venue for removal, pursuant to 28 U.S.C. §§ 1391(b) and 1441(a), because the United States District Court for the Western District of North Carolina is the federal court embracing Mecklenburg County Superior Court.

## PROCEDURAL REQUIREMENTS FOR REMOVAL

9. **Timeliness.** Defendant was served through its registered agent, CT Corporation, on January 20, 2026. *See* Ex. A. This Notice of Removal is filed within thirty days after "receipt by the defendant" as required by 28 U.S.C. § 1446(b).

10. **Notice to the State Court and All Adverse Parties.** Defendants will give notice of this removal to Plaintiff in the action and to the State Court promptly after the filing of the instant Notice of Removal, in compliance with the requirements of 28 U.S.C. § 1446(d).

11. **Filing Requirements.** Copies of the docket and "all process, pleadings, and orders served upon" defendant in the State Court action are attached to this Notice of Removal as Exhibits A and B. *See* 28 U.S.C. § 1446(a).

12. **Signature.** This Notice of Removal is hereby signed pursuant to Fed. R. Civ. P. 11(a).

## CONCLUSION

**WHEREFORE**, this Court has federal diversity jurisdiction under 28 U.S.C. § 1332, Defendants have complied with all applicable terms of 28 U.S.C. § 1446, and hereby remove this action from the State Court to the United States District Court for the Western District of North Carolina.

Dated: February 18, 2026 Respectfully submitted,

BALLARD SPAHR LLP

/s/ *Lauren P. Russell*
Lauren P. Russell (N.C. Bar #54372)
1909 K Street NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200
Fax: (202) 661-2299
russelll@ballardspahr.com

*Counsel for Gray Media, Inc. and Gray Local Media, Inc. d/b/a WBTV*

# CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2026 the foregoing was electronically filed with the Clerk of Court using the CM/ECF system and served on Plaintiff, pro se, via Email and U.S. mail, addressed as follows:

> Dr. Ramesh K. Sunar
> 2809 Coltsgate Road
> Ste. 210
> Charlotte, NC 28211
> rsunar@yahoo.com

> */s/ Lauren P. Russell*
> Lauren P. Russell