**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

Case No. 3:26-cv-00129-KDB-DCK

DR. RAMESH K. SUNAR, DMD, Plaintiff

v.

GRAY MEDIA, INC. (formerly Gray Television, Inc.), et al., Defendants

# EXHIBIT A

Petition and Order of Expunction

Mecklenburg County Superior Court

Judge C. Oseguera, Presiding

Granted October 10, 2025

Pursuant to N.C.G.S. § 15A-146(a)

# STATE OF NORTH CAROLINA

_____ County

| File No. | Scan No.(s) |
|---|---|

**In The General Court Of Justice**
☐ District ☐ Superior Court Division

## STATE VERSUS

**PETITION AND ORDER OF EXPUNCTION**
**UNDER G.S. 15A-146(a) OR G.S. 15A-146(a1)**
**(CHARGE(S) DISMISSED)**

G.S. 15A-146, 15A-150

*Name And Address Of Petitioner (type or print full name)*
RAMESH K. SUNAR
2854 Sharon Rd
Charlotte, NC 28211

*Name And Address Of Petitioner's Attorney For Expunction Petition*

| Drivers License No. | State | Race | Sex |
|---|---|---|---|
| 000020273776 | NC | Indian | M |

| Date Of Birth | Full Social Security No. | Age At Time Of Offense |
|---|---|---|
| 06/29/63 | 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 | 61 |

NOTE TO PETITIONER: List the arresting agency and any State or local government agency that has a record of your case. You must provide complete information for each agency. The clerk of superior court will send a copy of this order, if granted, to the agency name(s) and address(es) provided below. The clerk will not provide addresses for you. Do not list the courts, the State Bureau of Investigation, the Department of Adult Correction, or the Division of Motor Vehicles; if the order is granted, those agencies will be notified automatically. Do not list any private entity, like a company that provides criminal background checks. The clerk will not send a copy of this order to any entity that is not an agency of the State of North Carolina or one of its local governments. A private entity required to expunge records will be notified directly by the State or local agencies that distribute criminal justice information to that entity.

| Name And Address Of Arresting Agency | Name And Address Of Other Agency (if any) | Name And Address Of Other Agency (if any) |
|---|---|---|
| CMPD | | |

☐ Check here to indicate that additional agencies and/or additional file nos. and offenses are listed on an AOC-CR-285 form that is attached to this petition. (attach form)

| File No.(s) | Date Of Arrest | Offense Description | Date Of Offense | Date Of Dismissal |
|---|---|---|---|---|
| 24CR40417C -590 | 9/6/24  9/16/24 | 1. Misdemeanor Child Abuse  2. Communicating threats. | 9/2/24  9/2/24 | 4/2/25  4/7/25 |
| 18CR704430 -590 | | Expired registration card/tag  Expired registration card/tag | 2/9/18  11/7/10 | 2/21/18  12/8/2018 |
| 10CR074245 | | Speeding   Guilty/Responsible | 9/21/2005 | 12/14/2005 |
| 05CR060403 | | | | |

## PETITION TO EXPUNGE

I hereby petition for an expunction pursuant to G.S. 15A-146(a) or (a1) and certify as follows:

1. In this court of the county named above I was charged with (a) misdemeanor(s) or felony(ies) (or an infraction under G.S. 18B-302(i) prior to December 1, 1999), the file number(s) of which is/are set out above.

2. The charge(s) listed above was/were disposed of by a dismissal.

3. *(if you are petitioning to expunge multiple dismissals under G.S. 15A-146(a1), check one of the following)*

   ☒ a. I was charged with multiple offenses, and all of the charges were dismissed. I therefore am requesting the expunction of all the charges.

   ☐ b. I was charged with multiple offenses, and while the charges listed above were dismissed, the following charges resulted in a conviction on the day of the dismissal or had not yet reached final disposition: _____
   *(insert file no.(s) and offense description(s) of charges that were not dismissed).* I therefore am requesting the expunction only of the dismissed charges listed above, and not all of the charges.

   ☐ 4. There is a civil revocation record that resulted from the offense(s) I am seeking to expunge.

I certify that this petition has been filed in this case and that the information set forth above is a complete and accurate statement of the information on file in the office of the clerk of superior court.

☐ No charge listed above was dismissed as the result of compliance with a deferred prosecution agreement or a conditional discharge and dismissal.
NOTE TO CLERK: If this box is checked, do not assess the $175.00 fee.

| Date | Name (type or print) | Signature | |
|---|---|---|---|
| 5/5/25 | RAMESH K. SUNAR | Ramesh K. Sun | ☐ Petitioner  ☐ Petitioner's Attorney |

(Over)

AOC-CR-287, Rev. 3/25 (replaced AOC-CR-264 for G.S. 15A-146(a) and (a1) petitions)
© 2025 Administrative Office of the Courts

The Court makes the following findings of fact:
1. Petitioner was charged with those offenses indicated in the table on Side One.
2. Said charges were disposed of by a dismissal.
3. *(If the defendant was charged with multiple offenses, check one of the following)*

☒ a. The defendant was charged with multiple offenses, and all of the charges were dismissed.

☐ b. The defendant was charged with multiple offenses, and while the charges listed in the table on Side One were dismissed, there were additional charges that resulted in a conviction on the day of the dismissal or had not yet reached final disposition.

**NOTE TO COURT:** *"If a person is charged with multiple offenses and any charges are dismissed, then that person or the district attorney may petition to have each of the dismissed charges expunged. If the court finds that all of the charges were dismissed, the court shall order the expunction. If the court finds that any charge resulted in a conviction on the day of the dismissal or had not yet reached final disposition, the court may order the expunction of any charge that was dismissed." G.S. 15A-146(a1).*

☐ 4. There is a civil revocation record that resulted from the offense(s) the petitioner is seeking to expunge.

5. Expunction of the dismissed offense(s) listed on Side One ☒ should ☐ should not be granted. If not, it is because:

_____

_____

_____

| ORDER |

Therefore, the Court hereby ORDERS:

☒ 1. The petition is granted. It is ordered that any and all entries relating to the petitioner's apprehension, charge, trial, or conviction and any civil revocation of his/her drivers license resulting from the dismissed criminal charge shall be expunged from the records of the court. All law enforcement agencies, the Department of Adult Correction, the Division of Motor Vehicles, and any other State or local government agency identified on Side One and on any AOC-CR-285 form that is attached to this petition shall expunge from all official records any entries relating to the person's charge, conviction, if any, and any civil revocation of his/her drivers license resulting from the dismissed criminal charge. No agency shall expunge a record of a civil revocation entered pursuant to G.S. 20-16.2, no agency shall expunge a record of a civil revocation prior to the final disposition of any pending civil or criminal charge based upon the civil revocation, and the Division of Motor Vehicles shall not expunge records for which expunction is otherwise prohibited by G.S. 15A-151.

☐ 2. For the reason(s) identified in Finding No. 5, the petition is denied.

**NOTE TO CLERK:** *If denied, file this Order in the case file. Upon expiration of the deadline for appeal from denial of this Order, destroy any documentation provided with the petition, such as a criminal history report. If granted, send a certified copy of this Order to the petitioner at the address listed on Side One or an updated address as provided by the petitioner.*

| Date 10/10/2025 | Name Of Presiding Judge (type or print) C. Oseguera | Signature Of Presiding... |

| CERTIFICATION BY CLERK |

I hereby certify that this form is a true and complete copy of the original in this case, and if granted, a certified copy of this Order was sent on the date shown below to the petitioner, the State Bureau of Investigation, the Department of Adult Correction, the Division of Motor Vehicles, and the arresting agency and any other State or local government agency identified on Side One and on any attachment to this petition.

| Date 10/10/2025 | Name (type or print) Amanda Cunningham | Signature Of Clerk | ☒ Dep. CSC ☐ Asst. CSC ☐ Clerk Of Superior Court | SEAL |

**NOTE TO CLERK:** *If granted, always send a certified copy of this Order under seal to the petitioner, to all the agencies listed in Certification By Clerk above, and to the NCAOC. Send copies for the arresting agency and additional agencies to the addresses provided by the petitioner. Send SBI, DAC, DMV, and NCAOC copies to:*

| State Bureau of Investigation Attn: Expunction Unit 3320 Garner Road Raleigh, NC 27610 | NC Department of Adult Correction Attn: Combined Records Section 4226 Mail Service Center Raleigh, NC 27699-4226 | NC Division of Motor Vehicles, Driver and Vehicle Services, Driver Assistance Branch Attn: Hearings/Adjudication Unit 3118 Mail Service Center Raleigh, NC 27899-3118 | NC Administrative Office of the Courts Attn: Records Office P.O. Box 2448 Raleigh, NC 27602 |

**NOTE TO PETITIONER:** *If this petition is granted, the clerk of superior court will send you a certified copy of the final order to your records at the address listed on Side One. If you move, you must notify the clerk in writing of your change of address in order to receive a certified copy. After the case is expunged, the clerk of superior court will have no record of the case and will be unable to provide you with any documentation of the case. This includes the expunction order; it will be destroyed with the case file.*

AOC-CR-287, Side Two, Rev. 3/25 (replaced AOC-CR-264 for G.S. 15A-146(a) and (a1) petitions)
© 2025 Administrative Office of the Courts

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Case No. 3:26-cv-00129-KDB-DCK

DR. RAMESH K. SUNAR, DMD, Plaintiff

v.

GRAY MEDIA, INC. (formerly Gray Television, Inc.), et al., Defendants

# EXHIBIT B

Email Chain: Rachel Bonilla, Assistant News Director, WBTV

and Timothy S. Emry, Esq., Counsel for Dr. Sunar

October 30, 2025 — November 12, 2025

and

Letter from Lauren P. Russell, Ballard Spahr LLP

Counsel for Defendants

December 1, 2025

**Ballard Spahr**
LLP

------------------------

1909 K Street, NW
12th Floor
Washington, DC 20006-1157
TEL 202.661.2200
FAX 202.661.2299
www.ballardspahr.com

Lauren Russell
Tel: 202.661.7605
Fax: 202.661.2299
russelll@ballardspahr.com

December 1, 2025

*Via E-mail*

Dr. Ramesh K. Sunar, DMD
2809 Coltsgate Road, Ste. 210
Charlotte, NC 28211
rsunare@yahoo.com

Re:     Retraction Demand Directed to WBTV

Dr. Sunar,

      This firm represents Gray Local Media, d/b/a WBTV. The station has forwarded to me your correspondence dated November 25, 2025 threatening a "One Hundred Million Dollar ($100,000,000) lawsuit" against my client over reporting published on September 12, 2024, following your arrest. Please direct any further correspondence about this matter to me.

      We have carefully reviewed your letter and discussed your concerns with the station. WBTV is committed to ensuring that its reporting is both fair and accurate.  We are satisfied that the reporting on your arrest and the subsequent dismissal of charges meets these standards.

      The September 12, 2024 reporting accurately reported that you were arrested and charged with misdemeanor child abuse and communicating threats. As we previously told your lawyer, Tim Emry, WBTV will not remove or update old content if it was accurate at the time of publication. WBTV offered to publish a new article regarding the voluntary dismissal and expungement, which your lawyer indicated you wanted.[1] The headline of this article accurately reports "Charges dropped against Charlotte dentist accused of child abuse in 2024," and the subheadline further provides "Charges expunged in October 2025, officials confirm."

      Note that the statute of limitations for any defamation claim is one year from the date of original publication, and the time to bring any legal claim based on the September 2024

---

[1] A copy of this correspondence is enclosed.

#4910-9441-8045 v1

reporting has expired. *See* N.C.G.S. § 1-54(3). Moreover, the original reporting published in September 2024, as well as the recent article published at your request, accurately summarize official records and statements and attributes the reporting to these official records. As such, the publications are protected from any claim by North Carolina's robust fair report privilege, which immunizes publications from liability where they are based on reports from official government records. *See LaComb v. Jacksonville Daily News Co.*, 543 S.E.2d 219, 220 (N.C. Ct. App. 2001) ("The fair report privilege exists to protect the media from charges of defamation."); *id*. at 222 ("We reiterate that defendant is not held to a standard of 'absolute accuracy,' but rather must convey to those who read the newspaper 'a substantially correct account' of the arrests described in the warrants.").

At this juncture, WBTV declines to revise, retract, or remove the reporting. We trust this correspondence resolves the matter.

Best regards,

Lauren P. Russell

Cc:     Timothy S. Emry, Esq. (emrylaw@gmail.com)
        WBTV

#4910-9441-8045 v1

**Russell, Lauren**

**To:**                      Rachel Bonilla
**Subject:**            RE: Ramesh Sunar

**From:** Timothy Emry <emrylaw@gmail.com>
**Sent:** Wednesday, November 12, 2025 11:14 AM
**To:** Rachel Bonilla <Rachel.Bonilla@wbtv.com>
**Subject:** Re: FW: Ramesh Sunar

Thank you!

On Wed, Nov 12, 2025 at 10:50 AM Rachel Bonilla <Rachel.Bonilla@wbtv.com> wrote:

Good morning – here is the new article reflecting the outcome of the case.

Charges dropped against Charlotte dentist accused of child abuse in 2024

Sincerely,

Rachel

**From:** Rachel Bonilla
**Sent:** Friday, November 7, 2025 2:31 PM
**To:** 'Timothy Emry' <emrylaw@gmail.com>
**Subject:** RE: FW: Ramesh Sunar

Hello – we will work on the new article to reflect the expungement.

This may take a few days. I will update you when it is ready.

Sincerely,

1

Rachel

---

**From:** Timothy Emry <emrylaw@gmail.com>
**Sent:** Thursday, November 6, 2025 9:44 PM
**To:** Rachel Bonilla <Rachel.Bonilla@wbtv.com>
**Subject:** Re: FW: Ramesh Sunar

Yes please. Dr. Sunar is happy to sit down for an interview. He would also request a sit down with an editor to discuss how the original story has decimated his practice and livelihood. He is not mad at WBTV as the station simply reported the (fabricated) charges that were alleged. But, nevertheless, he has suffered immensely since this incident.

Thanks,

Tim Emry

On Thu, Nov 6, 2025 at 4:33 PM Rachel Bonilla <Rachel.Bonilla@wbtv.com> wrote:

Hello Mr. Emry-

We've been able to verify that the charges have been expunged.

We can offer you a new article that states the outcome of the case.

Due to the accuracy of the original post, no removal is warranted, and therefore we will leave the post as is.

2

Please let me know if you would like us to proceed with the new article.


Sincerely,


Rachel


Rachel Bonilla

**Assistant News Director**

1 Julian Price Place

Charlotte, NC 28208

**C** 704.604.0089

**O** 704.374.3988

**E** rachel.bonilla@wbtv.com

**From:** Timothy Emry <emrylaw@gmail.com>
**Sent:** Thursday, October 30, 2025 2:50 PM
**To:** WBTV - Assignment Desk <assignmentdesk@wbtv.com>; kmiranda@wbtv.com <kmiranda@wbtv.com>
**Subject:** Fwd: Ramesh Sunar


Hello:

My name is Tim Emry and I represent Dr. Ramesh Sunar. In 2024, he was accused of several criminal charges and WBTV ran a story, that is still on the web:


https://www.wbtv.com/2024/09/12/charlotte-dentist-charged-with-child-abuse-records-show/

The case was voluntarily dismissed by the District Attorney's office and Dr. Sunar has had the records completely expunged. I have attached the order of expunction.

Here are some other docs re: with Dr. Sunar.

The prosecuting witness is the mother of his twin daughters and has a history of making wild allegations, even against her own parents.

The doc entitled "Civil order involving parents" shows some of that well.

She took out charges against another ex back in 2018.

Even her own attorneys withdrew from her civil case and tried to file suit against her.

Our request would be:

1-Remove the story about this case

2-If unwilling to do that, provide an addendum that the case was voluntarily dismissed and has been expunged.

If you could get this to the proper person, or point me in the right direction, I would appreciate it.

 rameshsunar.zip

Thanks,

Tim

--

Timothy S. Emry, Esq.

The Emry Law Firm, PLLC.

121 Greenwich Road, Suite 203

Charlotte, NC 28211

980.202.3095


--

Timothy S. Emry, Esq.

The Emry Law Firm, PLLC.

121 Greenwich Road, Suite 203

Charlotte, NC 28211

980.202.3095


--

Timothy S. Emry, Esq.

The Emry Law Firm, PLLC.

121 Greenwich Road, Suite 203

Charlotte, NC 28211

980.202.3095


--
Timothy S. Emry, Esq.
The Emry Law Firm, PLLC.
121 Greenwich Road, Suite 203
Charlotte, NC 28211
980.202.3095

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Case No. 3:26-cv-00129-KDB-DCK

DR. RAMESH K. SUNAR, DMD, Plaintiff
v.
GRAY MEDIA, INC. (formerly Gray Television, Inc.), et al., Defendants

# EXHIBIT C

Email from Joseph McGuire

Vice President and General Manager

WJZY-TV / WMYT-TV / Queen City News

Confirming Removal of Story

November 17, 2025

Re: Request to remove this story on your website.

From: Ramesh Sunar (rsunar@yahoo.com)

To: casey.clark@qcnews.com; joe.mcguire@qcnews.com

Date: Monday, November 17, 2025 at 05:00 PM EST

Hi Mr. McGuire,
Thank you so much. I really appreciate it.
Dr. Sunar

On Monday, November 17, 2025 at 04:43:52 PM EST, Joseph McGuire <joe.mcguire@qcnews.com> wrote:

Mr. Sunar,

This has been removed from our site.

Thank you.

## Joe McGuire

Vice President and General Manager

**WJZY-TV | WMYT-TV | Queen City News**

3501 Performance Road

Charlotte, NC 28214

Direct: 704-944-3305
joe.mcguire@qcnews.com



WJZY/WMYT does not discriminate in advertising contracts on the basis of race, ethnicity or gender and further requires that in the performance of all WJZY/WMYT advertising agreements, WJZY/WMYT requires that each party not discriminate on the basis of race or ethnicity. This e-mail and any files transmitted with it are the property of Nexstar Media, Inc., are confidential, and are intended solely for the use of the individual or entity to whom this email is addressed and/or as indicated in the applicable file. If you are not one of the named recipient(s) or otherwise have reason to believe that you have received this message in error, please notify the sender and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.

**From:** Ramesh Sunar <rsunar@yahoo.com>
**Sent:** Wednesday, November 12, 2025 3:44 PM
**To:** Joseph McGuire <Joe.mcguire@qcnews.com>; Casey Clark <casey.clark@qcnews.com>
**Subject:** Fw: Request to remove this story on your website.

----- Forwarded Message -----

**From:** Ramesh Sunar <rsunar@yahoo.com>

**To:** Info@charlotteareachamber.com <info@charlotteareachamber.com>

**Sent:** Wednesday, November 5, 2025 at 01:10:06 PM EST

**Subject:** Request to remove this story on your website.

Dear Mr. McGuire/Ms. Clark,

Attached are my request letter and court's order of dismissal/expunction document of all charges.  I am requesting this, with a humble heart and the greatest of respect for what you all do and the first amendment, to remove this story from your website. These charges have no basis. I am simply not a violent person.  I am a practicing dentist serving the Charlotte community since 2002 with an impeccable history. This story has seriously damaged my reputation and has been causing serious decline in my practice. I have several employees whose livelihood and mine depends on the success of my practice.  Please feel free to contact me should you have any question.

Dr. Ramesh Sunar

Cell: (704)957-5938

CAUTION: This message was sent from outside the Nexstar organization. Please do not click links or open attachments unless you recognize the sender.

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

Case No. 3:26-cv-00129-KDB-DCK

DR. RAMESH K. SUNAR, DMD, Plaintiff

v.

GRAY MEDIA, INC. (formerly Gray Television, Inc.), et al., Defendants

# EXHIBIT D

Google Search Results

Search Query: "Ramesh Sunar"

Captured March 3, 2026

Nearly Five Months After Court-Ordered Expungement

of October 10, 2025

Showing Continued Indexing of:

WBTV First Report (Sep 12, 2024) — WBTV Second Report (Nov 11, 2025)

WIS News 10 Syndicated Article — Instagram Social Media Repost

Dr. Bicuspid Dental Trade Publication Article

# Google Page 1 — WBTV Second Report Among Professional Listings

Search: "Ramesh Sunar" — March 3, 2026







**Google Page 2 (continued) — Dr. Bicuspid Article and Dental Listings**
Search: "Ramesh Sunar" — March 3, 2026







Case No. 3:26-cv-00129-KDB-DCK

DR. RAMESH K. SUNAR, DMD, Plaintiff

v.

GRAY MEDIA, INC. (formerly Gray Television, Inc.), et al., Defendants

# EXHIBIT E

Email Chain: David Kilcrease

CEO, Build IT, Inc. (Professional Recruiting Firm)

and Dr. Ramesh K. Sunar

October 10–20, 2025

Documenting Candidate Declination

Caused by WBTV Article Found via Google Search

*Note: This exhibit is presented in reverse chronological order as received. Portions of Dr. Sunar's responses containing background information regarding underlying domestic matters have been redacted as not relevant to the claims at issue.*

---

**From: David Kilcrease <david@builditfirm.com>**
**To: rsunar@yahoo.com**
**Date: Monday, October 20, 2025 at 12:08 PM EDT**
**Subject: Re: Dr. Munn**

Dr. Sunar,

What is the address for the practice? I think I only have the address for your practice. We have a candidate that we are speaking with today and she wants to check the drive time.

Thank you,
Mia

David Kilcrease
CEO and Founder/Senior Vice President of Sales
Build IT, Inc
Office: 469-329-1669 | Direct: 469-329-1072 | Cell: 678-665-3967

---

**From: Ramesh Sunar <rsunar@yahoo.com>**
**To: David Kilcrease <david@builditfirm.com>**
**Date: Thursday, October 16, 2025 at 12:13 PM EDT**
**Subject: Re: Dr. Munn**

*[Dr. Sunar's response regarding underlying circumstances redacted as not relevant to claims at issue]*

---

**From: David Kilcrease <david@builditfirm.com>**
**To: Ramesh Sunar <rsunar@yahoo.com>**
**Date: Thursday, October 16, 2025 at 12:49 PM EDT**
**Subject: Re: Dr. Munn**

Dr. Sunar,

I can speak with her again but she did also bring up an additional concern in regards to an abuse charge from 2024. It's easier to head things off if we can disclose them before the candidates find it on google. I know Mia mentioned she wasn't aware of any challenges other than the lawsuit with the former partner.

We are speaking with another candidate in the next few days for you but is there anything else that a candidate might find on google that we need to let them know about to head it off so they are informed and not caught off guard?

David Kilcrease
CEO and Founder/Senior Vice President of Sales
Build IT, Inc
Office: 469-329-1669 | Direct: 469-329-1072 | Cell: 678-665-3967

---

**From: Ramesh Sunar <rsunar@yahoo.com>**
**To: David Kilcrease <david@builditfirm.com>**
**Date: Friday, October 10, 2025 at 10:35 AM EDT**
**Subject: Re: Dr. Munn**

*[Dr. Sunar's response regarding candidate recruitment matters redacted as not relevant to claims at issue]*

---

**From: David Kilcrease <david@builditfirm.com>**
**To: Ramesh Sunar <rsunar@yahoo.com>**
**Date: Friday, October 10, 2025 at 10:10 AM EDT**
**Subject: Re: Dr. Munn**

Dr. Sunar,

Mia isn't in the office today. She did speak with Dr. Munn and while she doesn't have a concern about the partner you sued being Korean, she would like to see the documents and the reasoning for why the lawsuit was brought. She is looking to potentially partner with you in the future and she would like to make sure it isn't something that should cause her alarm. If you have the documents to send her, wonderful. If not, I can see if they are public records at the county level.

David Kilcrease
CEO and Founder/Senior Vice President of Sales
Build IT, Inc
Office: 469-329-1669 | Direct: 469-329-1072 | Cell: 678-665-3967

Case No. 3:26-cv-00129-KDB-DCK

DR. RAMESH K. SUNAR, DMD, Plaintiff

v.

GRAY MEDIA, INC. (formerly Gray Television, Inc.), et al., Defendants

# EXHIBIT F

Email Chain: Charles R. Raphun, Esq.

Of Counsel, Cranfill Sumner LLP

and Dr. Ramesh K. Sunar

October 23–24, 2024

Documenting Communication from

Attorney for Stéphane Genest (Barbec Inc.)

Citing WBTV Article as Sole Reason

for Exclusion from Shareholder Agreement

## Re: Follow up call?

From: Ramesh Sunar (rsunar@yahoo.com)

To: craphun@cshlaw.com

Date: Thursday, October 24, 2024 at 10:11 AM EDT

Charlie, I am really surprised with Stephan's hesitancy and worry about the optics. I had called him the very next day of my arrest to let him know what happened with me. I sent him last infusion of cash after 2 weeks of my arrest and I had 2 phone conversation between my arrest and my last infusion. If he was that worried about the optics he could have told me in those 2 phone conversations. I don't like what's going on, Charlie.

> On Wednesday, October 23, 2024 at 08:39:13 PM EDT, Charlie Raphun <craphun@cshlaw.com> wrote:
>
> Ramesh, based on the way his attorney (Cedric) described it, Stephane's issue was entirely about optics and not about trying to eject you for some other reason. Originally, I know, he was unhappy with the pace of your capital contributions, but that no longer seems to be applicable. As he is now using the money for business needs, and especially given the backdrop of the LOI not having a specific deadline (it just reads that payment completion to be in 2024), I think he has a much weaker case to deny you an ownership interest.
>
> Having said that, as a practical matter, short of threatening litigation, how do we pressure him to implement a shareholder agreement to document and formalize your equity interest? Cedric really felt that personal discussions between the two of you was the best way to allay his concerns (whatever they may be).
>
> I have made Lee Poole aware of this issue and hope to enlist his counsel as well, but it may be a few days before then.

**Charlie Raphun**
*Of Counsel*

 CRANFILL SUMNER ᴸᴸᴾ

**P +1 9198638842 | F +1 9198633461**
**craphun@cshlaw.com**

**5420 Wade Park Blvd. Suite 300, Raleigh, NC 27607**
**Post Office Box 27808, Raleigh, NC 27611-7808**



**From:** Ramesh Sunar <rsunar@yahoo.com>
**Sent:** Wednesday, October 23, 2024 5:29 PM
**To:** Charlie Raphun <craphun@cshlaw.com>
**Subject:** Re: Follow up call?

**External sender** - Questions or concerns? Ctrl+Alt+F to forward as attachment to helpdesk@cshlaw.com

First of all, he wouldn't have known about my arrest had I not called him and told him. But I understand his hesitation. All these things are already explained to him when I first called him to tell him about my arrest. I will call him again. I will also offer to travel to Quebec. The greater question is if he refuses to bring me in then what about my money that I had infused. I will not give up my rights just like. I bailed this company out at a very critical time when his company was going belly up. He is basically seeing an opportunity to cut me out. But I am not sure if he is actually in a position to refuse me my shares.

On Wednesday, October 23, 2024 at 03:04:22 PM EDT, Charlie Raphun <craphun@cshlaw.com> wrote:

Just an update from Stephane's attornies – he has not firmed up his intention totally, but his present inclination is to not bring you on as a shareholder because of the arrest – because of the optics. I explained the situation to his attorney and he certainly understood that background and he said that he would relay it to Stephane. He told me as well that that was the only reason for his hesitancy, but his lawyer felt that if anyone could persuade Stephane to relent and continue with the process of bringing you in as a shareholder, that you are best able to do that. The attorney does not believe that he is able to persuade Stephane one way or another on this, but that you could probably do so. So he wanted me to encourage you to get on the phone with Stephane and explain the background of this case, how it is the child's mother who is acting irrationally, has taken her mother and father to court, etc. – if you explain all that to him, you can probably convince him to revert to the original plan. But he needs to hear that from you, personally, they tell me.

I would strongly recommend that you call Stephane an discuss the above.

Charlie

**Charlie Raphun**
*Of Counsel*

 CRANFILL SUMNER<sup>LLP</sup>

P +1 9198638842 | F +1 9198633461
craphun@cshlaw.com

**5420 Wade Park Blvd. Suite 300, Raleigh, NC 27607**
**Post Office Box 27808, Raleigh, NC 27611-7808**



WWW.CSHLAW.COM

---

**From:** Charlie Raphun
**Sent:** Wednesday, October 23, 2024 2:48 PM
**To:** Ramesh Sunar <rsunar@yahoo.com>
**Subject:** Follow up call?

Ramesh, do you have time for a call now?

---

**Confidentiality Notice**: If you are not the intended recipient of this message, you are not authorized to intercept, read, print, retain, copy, forward, or disseminate this communication, including any attachments. This communication may contain information that is proprietary, attorney/client privileged, attorney work product, confidential or otherwise legally exempt from disclosure. If you have received this message in error, please notify the sender immediately either by phone at +18008494444 or by return e-mail and destroy all copies of this message (electronic, paper, or otherwise).

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

Case No. 3:26-cv-00129-KDB-DCK

DR. RAMESH K. SUNAR, DMD, Plaintiff
v.
GRAY MEDIA, INC. (formerly Gray Television, Inc.), et al., Defendants

# EXHIBIT G

Affidavit of Cadi Putnam

Patient of Dr. Ramesh K. Sunar, DMD

Executed March 8, 2026

Notarized in Gaston County, North Carolina

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG


# AFFIDAVIT OF CADI PUTNAM


In Support of Plaintiff's Claims in

Sunar v. Gray Media, Inc. and Gray Local Media, Inc. d/b/a WBTV

Case No. 3:26-cv-00129-KDB-DCK

United States District Court, Western District of North Carolina


I, Cadi Putnam, being duly sworn, depose and state as follows:

1. I am over the age of 18 years and am competent to make this affidavit. I have personal knowledge of the facts stated herein and would testify to the same if called as a witness in this matter.

2. I am a resident of Mecklenburg County, North Carolina.

3. In or around 2025, I consulted with Dr. Ramesh K. Sunar, DMD, regarding dental treatment at his practice, Charlotte Dental Implant Center, located at 2809 Coltsgate Road, Suite 210, Charlotte, North Carolina 28211.

4. Following my initial consultation with Dr. Sunar, I agreed to a proposed treatment plan. The total value of the proposed treatment plan was approximately $52,000.

5. Prior to commencing treatment, I conducted an internet search of Dr. Sunar's name to learn more about him as a dental provider.

6. During that internet search, I discovered a news article published by WBTV, a television news station in Charlotte, North Carolina, reporting that Dr. Sunar had been charged with child abuse.

7. Upon reading the WBTV article, I became deeply concerned about proceeding with dental treatment under Dr. Sunar's care. The article's reporting of child abuse charges caused me significant concern about Dr. Sunar's character and fitness as a healthcare provider.

8. Based solely on the content of the WBTV article, I made the decision to withdraw from the proposed treatment plan and discontinue my patient relationship with Dr. Sunar. I would not have made this decision absent the WBTV article.

9. Sometime thereafter, Dr. Sunar contacted me to discuss my concerns. During a telephone conversation with both me and my husband, Dr. Sunar explained that the charges referenced in the WBTV article had been voluntarily dismissed by the District Attorney and that all records relating to the arrest and charges had been expunged by court order entered October 10, 2025.

10. Dr. Sunar provided me with documentation supporting his explanation, including information about the dismissal and expungement of the charges.

11. Dr. Sunar also shared photographs of himself with his twin daughters and explained the circumstances surrounding the false accusations, including that the charges were filed by the mother of his children and that even the Department of Social Services found no evidence of child abuse.

12. After reviewing the documentation Dr. Sunar provided and speaking with him directly, both my husband and I were satisfied that the WBTV article did not reflect the truth

about Dr. Sunar's character or conduct. We made the decision to resume the treatment plan.

13. I have since received dental treatment from Dr. Sunar and have found him to be a professional, skilled, and caring dental provider. I am satisfied with the care I have received.

14. It is my firm belief, based on my direct experience, that the WBTV article was the sole and direct cause of my initial decision to withdraw from Dr. Sunar's treatment plan. Had I not found that article during my internet search, I would not have paused or withdrawn from treatment.

15. I am willing to testify in a court of law, under oath, regarding the facts set forth in this affidavit.

16. The statements made herein are true and accurate to the best of my knowledge, information, and belief.

I declare under penalty of perjury under the laws of the State of North Carolina and the United States of America that the foregoing is true and correct.

Executed on this ___8th___ day of ___March___, 2026.

_Cool Putnam_

CADI PUTNAM
Affiant

Address: _505 W. Westview St_

_Gastonia, NC 28052_

Phone: _704-689-9773_

Email: _Cadi.putnam @ gmail.com_

## NOTARY ACKNOWLEDGMENT

State of North Carolina

County of _Gaston_

Sworn to and subscribed before me this _8_ day of _March_____, 2026, by Cadi

Putnam, who is personally known to me or who has produced _NCDL_____ as

identification.

_Nana Oware_ (signature)
Notary Public

My Commission Expires: _6-11-2030_

[NOTARY SEAL]

NANA OWARE
NOTARY
PUBLIC
MECKLENBURG COUNTY, NC

Case No. 3:26-cv-00129-KDB-DCK

DR. RAMESH K. SUNAR, DMD, Plaintiff

v.

GRAY MEDIA, INC. (formerly Gray Television, Inc.), et al., Defendants

# EXHIBIT H

Affidavit of Rich Lam

Patient of Dr. Ramesh K. Sunar, DMD

Executed March 6, 2026

Notarized in Mecklenburg County, North Carolina

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA

### CHARLOTTE DIVISION

RAMESH K. SUNAR, DMD,
*Plaintiff,*

v.

GRAY MEDIA GROUP, INC., et al.,
*Defendants.*

Case No. 3:26-cv-00129

---

### AFFIDAVIT OF RICH LAM

**STATE OF NORTH CAROLINA**
**COUNTY OF MECKLENBURG**

    I, Rich Lam, being duly sworn, depose and state as follows:

    1.  I am over the age of eighteen (18) and competent to testify to the matters set forth in this affidavit. I have personal knowledge of the facts stated herein.

    2.  I am a patient of Dr. Ramesh K. Sunar, DMD, at his dental practice in Charlotte, North Carolina. I began a surgical treatment plan with Dr. Sunar on or about October 10, 2025. The total value of my treatment plan is approximately $50,000.

    3.  Prior to or during the early stages of my treatment, I became aware of an article published by WBTV (a Gray Media television station in Charlotte, North Carolina) concerning Dr. Sunar. The article reported on criminal charges that had been filed against Dr. Sunar.

    4.  After reading the article, I became concerned about continuing my treatment with Dr. Sunar. As a result of these concerns, I requested a refund of the deposit I had paid toward my surgical procedure.

    5.  Dr. Sunar met with me in person and explained that the criminal charges referenced in the WBTV article had been voluntarily dismissed by the prosecution and subsequently expunged by court order. He explained that the charges were legally treated as if they had never occurred.

6.  After hearing Dr. Sunar's explanation, I decided to continue with my treatment. I am satisfied with the care I have received from Dr. Sunar.

7.  Had I not had the opportunity to speak with Dr. Sunar directly, I would have withdrawn from the treatment plan and requested a full refund of my deposit based solely on what I read in the WBTV article.

8.  At the time I read the WBTV article and requested my deposit back, the criminal charges against Dr. Sunar had already been dismissed. I was not aware of the dismissal because the article remained published on the internet and did not reflect that the charges no longer existed.

9.  I make this affidavit voluntarily, without any promise of compensation or benefit, and based solely on my personal experience as a patient of Dr. Sunar.

_____
Rich Lam
Date: _3-6-26_

_____

**NOTARIZATION**

Sworn to and subscribed before me this _6th_ day of _March_, 2026.

_Karla Lambertucci Plaza_
Notary Public
My Commission Expires: _9/1/30_

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

Case No. 3:26-cv-00129-KDB-DCK

DR. RAMESH K. SUNAR, DMD, Plaintiff
v.
GRAY MEDIA, INC. (formerly Gray Television, Inc.), et al., Defendants

# EXHIBIT J

Dr. Bicuspid (Dental Industry Trade Publication)

"Dentist cleared of abuse charge"

By Melissa Busch — Published November 13, 2025

Sourced Directly from WBTV Second Report

Screenshots Captured March 3, 2026

Article Remains Live as of Date of Filing



DENTAL PRACTICE | LEGAL ISSUES

## Dentist cleared of abuse charge

Melissa Busch
Nov 13, 2025

A dentist in North Carolina who was accused in 2024 of threatening and physically abusing a child under the age of 16 had all of the charges dropped against him, according to a story published on November 11 on WBTV.

In October, Dr. Ramesh Sunar, a lead dentist at Charlotte Dental Implant Center in Charlotte, NC, was cleared of the charges of misdemeanor child

**Latest in Legal Issues**

Dental manager sentenced to hefty prison term
MARCH 3, 2026



A dentist in North Carolina who was accused in 2024 of threatening and physically abusing a child under the age of 16 had all of the charges dropped against him, according to a story published on November 11 on WBTV.

In October, Dr. Ramesh Sunar, a lead dentist at Charlotte Dental Implant Center in Charlotte, NC, was cleared of the charges of misdemeanor child abuse and communicating threats. After his arrest in September 2024, Sunar, 62, had been free on a $7,500 bond, according to the story.

Sunar allegedly caused bruising on the neck and torso of the child. Police claimed that the physical injury was not accidental. Also, Sunar allegedly said he would beat the person.

**Latest in Legal Issues**

**Dental manager sentenced to hefty prison term**
MARCH 3, 2026

**SPONSORED**
**Free ebook: Clinical Notes Blueprint**
JANUARY 1, 2026

**5 most shocking dental-connected crimes**
MARCH 3, 2026

**Dentist accused of assaulting minor hit with more charges**
FEBRUARY 26, 2026

Stay in the Know



